ACCEPTED
03-17-00034-CV
21254978
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/13/2017 9:12 AM
JEFFREY D. KYLE
CLERK



### KEN PAXTON
ATTORNEY GENERAL OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/13/2017 9:12:53 AM
JEFFREY D. KYLE
Clerk

Ari Cuenin
ASSISTANT SOLICITOR GENERAL

(512) 936-1827
Ari.Cuenin@oag.texas.gov

December 13, 2017

*Via File and Serve Xpress*

Mr. Jeffrey D. Kyle, Clerk
Third Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

  Re: 03-17-00034-CV; Texas Department of Motor Vehicles et al. v. Fry
    Auto Services et al.

Dear Mr. Kyle:

  I will argue the appeal on behalf of the Appellants.

  Thank you.

       Sincerely,

       /s/ Ari Cuenin
       Ari Cuenin

AC/hld